SOUTH v. STATE.

(Court of Criminal Appeals of Texas. March 22, 1911.)

CRIMINAL LAW (§ 1144*)—APPEAL—PRESUMPTIONS.

In the absence of a bill of exceptions or statement of facts, the court on appeal must presume that the court, submitting the offense charged in a valid indictment, submitted all the law applicable to the testimony, authorizing an affirmance.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 3016–3037; Dec. Dig. § 1144.*]

Appeal from McLennan County Court; Tom L. McCullough, Judge.

J. E. South was convicted of vagrancy, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was tried upon complaint and information charging him with being a vagrant, in that he habitually associated with prostitutes, and habitually loitered in and around houses of prostitution. Upon a trial he was convicted, and his punishment assessed at a fine of $100.

There are neither bills of exception nor a statement of facts in the record. The indictment charges an offense, and the court submits this offense in his charge to the jury. It is presumed that the court submitted the law, and all the law, applicable to the testimony.

The judgment is affirmed.

BEAN v. STATE.

(Court of Criminal Appeals of Texas. March 22, 1911.)

CRIMINAL LAW (§ 1182*)—APPEAL AND ERROR—NECESSITY OF BILL OF EXCEPTIONS.

Where the record of a criminal appeal contains neither a bill of exceptions nor a motion for a new trial, and where the indictment properly charges the offense, the judgment of conviction will be affirmed.

[Ed. Note.—For other cases, see Criminal Law, Dec. Dig. § 1182.*]

Appeal from District Court, Panola County; W. C. Buford, Judge.

Walter Bean was convicted of the theft of a hog, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was indicted, tried, and convicted in the district court of Panola county of theft of a hog, and sentenced to two years' confinement in the penitentiary.

There are neither bills of exceptions nor a motion for a new trial in the record. We have examined the indictment, and it properly charges the offense. The charge of the court submits this offense, and the facts sustain the charge.

The judgment is affirmed.